

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR508-00001-001 |
| | ) | |
| Jack W. Cribbs | ) | |

## ORDER DISMISSING THE REQUEST FOR SUMMONS AND MODIFICATION OF THE CONDITIONS OF SUPERVISION

On September 18, 2007, the defendant, Jack W. Cribbs, represented by Attorneys Gerald S. Gold and John Pyle, appeared before the Honorable Sarah Loi, United States District Judge in the Northern District of Ohio, for sentencing for the offense of wire fraud, in violation of 18 U.S.C. § 1343. Judge Loi sentenced Cribbs to five (5) months imprisonment to be followed by three (3) years supervised release and ordered him to pay $250,000 restitution to PCC Airfoils, LCC, Douglas, Georgia. On March 3, 2008, the Court accepted transfer of jurisdiction of Jack W. Cribbs' case to the Southern District of Georgia from the Northern District of Ohio.

On December 5, 2008, the Court authorized the issuance of a summons for the defendant and a hearing be held to determine whether the defendant's conditions of supervision should be modified, as the probation officer alleged that the defendant has the ability to pay the remaining balance of restitution. A hearing date was set by the Court for March 2, 2009.

In a memorandum to the Court dated February 26, 2009, the probation officer recommended that the request to modify the defendant's supervised release be dismissed as the defendant paid the remaining balance of his restitution in the amount of $186,890.74 on February 26, 2009.

After review of the information provided by the probation officer, the Court orders that the petition requesting modification of the conditions of supervision filed on December 5, 2008, be **DISMISSED** and the hearing scheduled for March 2, 2009, is hereby cancelled.

SO ORDERED this 27th day of February 2009.

William T. Moore, Jr.
Chief Judge, U.S. District Court